SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/2020

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 28, 2020

*So ordered. The conference is adjourned to March 27, 2020 at 10:00 am.*

/s/ Alvin K. Hellerstein
1-28-20

VIA ECF
Hon. Alvin K. Hellerstein
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:   *Mazarine Agency, Inc. v. Barr, et al.*, No. 19 Civ. 9757 (AKH)

Dear Judge Hellerstein:

This Office represents the government in this action in which plaintiff seeks to challenge a decision made by U.S. Citizenship and Immigration Services ("USCIS") on its Petition for Nonimmigrant Worker (Form I-129). On behalf of the government, I write respectfully to request that the initial conference scheduled for February 7, 2020 be adjourned to a date at least one week after March 13, 2020, the date the government's response to the complaint is due.

By way of background, on December 26, 2019, USCIS reopened the decision on plaintiff's Form I-129 and issued a notice requesting that the plaintiff provide additional information by January 28, 2020. In light of the reopening, on January 7, 2020, this Office requested that the deadline to respond to the complaint be extended to March 13, 2020, in order to provide time for plaintiff to submit the additional information and then for USCIS to issue a new decision in this case. *See* ECF No. 10. On January 7, 2020, this Court granted that request. *See* ECF No. 11.

The adjournment of the initial conference is respectfully requested because the government still anticipates that a new decision will be rendered by March 13, 2020, at which time the parties will confer on how to proceed in this litigation. This is the government's first request for an adjournment of the initial conference. Plaintiff's counsel consents to this request. I thank the Court for its consideration of this letter.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:  *s/ Simon Nakajima*
SIMON NAKAJIMA
Special Assistant United States Attorney
Telephone: (212) 637-2770
Facsimile: (212) 637-2786
E-mail: simon.nakajima@usdoj.gov

cc: Counsel of record (via ECF)